UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Kenita Mitchell, | Case No. EDCV 24-2210 JGB (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Tesla Motors, Inc., | |
| Defendant. | |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendant against Plaintiff.  (JS-6)

**IT IS SO ORDERED.**

Dated: March 10, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge